UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN BURTON,<br><br>    Plaintiff,<br><br>  vs.<br><br>CRYSTAL BENSON & RENEE COOPER,<br><br>    Defendants. | NO. CV-06-0273-JLQ<br><br>SCHEDULING CONFERENCE ORDER |

On June 12, 2007, the court held a scheduling conference in the above-captioned matter. **John D. Sklut** appeared on behalf of the Plaintiff. **Amanda Migchelbrink** appeared on behalf of Defendant Renee Cooper. Defendant **Crystal Benson** appeared *pro se*.

**IT IS HEREBY ORDERED:**

(1) Plaintiff shall file a notice of claim, pursuant to Washington's notice of claim statute, within 10 days of the entry of this Order.

(2) Upon the expiration of the statutorily prescribed waiting period under Washington's notice of claim statute, Plaintiff shall forthwith file a motion to amend his complaint.

(3) Defendant Renee Cooper's Motion To Dismiss (Ct. Rec. 75) shall be **STAYED** pending the Plaintiff filing an amended complaint.

(4) Once the amended complaint is served and filed, the court shall schedule another telephonic scheduling conference.

**IT IS SO ORDERED.** The Clerk of this court shall enter this Order and forward copies to counsel and Ms. Benson.

**DATED** this 14th day of June 2007.

                    s/ Justin L. Quackenbush
                  JUSTIN L. QUACKENBUSH
              SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1