UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN BURTON,<br><br>    Plaintiff,<br><br>  vs.<br><br>CRYSTAL BENSON, et al.,<br><br>    Defendants. | NO. CV-06-0273-JLQ<br><br>ORDER DENYING DEFENDANT COOPER'S MOTION TO DISMISS FILED JUNE 7, 2007 |

    On June 7, 2007, Defendant Cooper filed a Motion to Dismiss which related to the claims asserted in Plaintiff's First Amended Complaint which Plaintiff had filed while proceeding pro se. The court stayed the motion to dismiss after Plaintiff was granted leave to amend his complaint. Plaintiff has now filed a Third Amended Complaint, this time with the assistance of counsel. Given the amendment, the court hereby **DENIES** without prejudice Plaintiff's earlier filed Motion to Dismiss (Ct. Rec. 75) as **MOOT**. Defendant Cooper may renew any relevant argument previously made in a newly filed motion pertaining to the Third Amended Complaint.

    **IT IS SO ORDERED.** The Clerk of this court shall enter this Order and forward copies to counsel.

    **DATED** this 2nd day of November, 2007.

               s/ Justin L. Quackenbush
              JUSTIN L. QUACKENBUSH

    SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1