UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JOHN BURTON,
    Plaintiff,

vs.

CRYSTAL BENSON, et al.,
    Defendants.

NO. CV-06-0273-JLQ

**ORDER GRANTING MOTION TO EXPEDITE; DENYING STIPULATED MOTION FOR PROTECTIVE ORDER**

    BEFORE THE COURT are Defendants State of Washington, Holmes', and Cooper's (herein "Defendants") Motion to Expedite (Ct. Rec. 141) and Defendants' and Plaintiff's Joint Motion for a Protective Order (Ct. Rec. 139). The hereby **GRANTS** the motion to expedite hearing of this matter.

    The Defendants herein and Plaintiff have submitted a stipulation agreeing to the entry of a blanket protective order governing the confidentiality of documents and information produced in discovery. While the parties may agree among themselves to keep these matters confidential, the Court is constrained to enter a confidentiality order only when the parties allege specific facts which meet the "good cause" requirements of Fed.R.Civ.P. 26(c) and the ongoing policy of the judges of this District. Blanket protective orders are by their nature overinclusive and even though stipulated, may not be entered under Rule 26(c). *See Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1131 (9th Cir.2003) (holding that the district court abused its discretion under Rule 26(c) by entering a blanket protective without requiring the party seeking protection "to show that specific discovery documents, whether eventually filed with the court or not, contained [confidential] information") (emphasis in original); *San Jose Mercury News, Inc. v. U.S. Dist. Ct.,* 187 F.3d 1096, 1103 (9th Cir. 1999) (holding that blanket stipulated protective orders entered under Rule 26(c) "are inherently subject to challenge and modification, as the party resisting disclosure generally has not made a particularized

ORDER - 1

showing of good cause with respect to any individual document").

Accordingly, IT IS HEREBY ORDERED the parties Joint Motion for Protective Order (Ct. Rec. 139) is **DENIED**.

**IT IS SO ORDERED.** The Clerk of this court shall enter this Order and forward copies to all parties.

**DATED** this 5th day of March 2008.

<u>s/ Justin L. Quackenbush</u>
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE